

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00406-CV

MEERA SINGH AND GEORGE SAM HOUSTON A/K/A SAM HOUSTON

v.

BANK OF AMERICA, N.A., MARY DAFFIN AND STEVE TURNER

On Appeal from the
277th District Court of Williamson County, Texas
Trial Cause No. 11-1018-C277

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

November 7, 2013